**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Damion L. JONES, a/k/a Bootsie, a/k/a
Bootsy, a/k/a Damion Leniel Jones,
a/k/a Damion Leaniel Jones, a/k/a
Damion Leneil Jones, a/k/a Damion
Dee, Defendant–Appellant.**

**No. 15–7336.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 19, 2015.

Decided: Nov. 24, 2015.

Damion L. Jones, Appellant Pro Se. Kevin Michael Comstock, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before NIEMEYER, KING, and HARRIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Damion L. Jones appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Jones*, No. 2:12–cr–00152–MSD–DEM–1 (E.D.Va. Mar. 11, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*